B 201 (12/08)

<div align="center">

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

**NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
OF THE BANKRUPTCY CODE**

</div>

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### <u>Chapter 11</u>: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### <u>Chapter 12</u>: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| *William E. Brewer, Jr. 7018* | X  */s/ William E. Brewer, Jr.* | *November 19, 2009* |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
*619 N. Person Street*
*Raleigh, NC 27604*
*919-832-2288*

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| *Gene Mitchell Myrick* | | |
| *Lucinda Abbott Myrick* | X  */s/ Gene Mitchell Myrick* | *November 19, 2009* |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known)  *09-08901-8* | X  */s/ Lucinda Abbott Myrick* | *November 19, 2009* |
| | Signature of Joint Debtor (if any) | Date |

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    *Gene Mitchell Myrick*
         *Lucinda Abbott Myrick*                                        Case No.    __09-08901-8__
                                                      Debtor(s)         Chapter     __13__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *$0.00* | *2009 Gross Loss from Business (H)* |
| *$0.00* | *2008 Gross Income from Business (H) - Unknown* |
| *$-15,000.00* | *2007 Gross Loss from Business (H)* |
| *$15,760.00* | *2007 Wages (W)* |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$30,516.00** | **2009 Pension (W)** |
| **$26,900.00** | **2008 Pension (W)** |
| **$17,493.00** | **2007 Pension (W)** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *De Anne Dotson and Den of Equity, LLC v. Gene Myrick and Myrick Properties, LLC 09CV012128* | *Civil Action* | *Wake County District Court* | *Motion for Entry of Judgment Hearing set October 23, 2009* |
| *Kristie R. Driver v. Gene M Myrick 09-CVS-1419* | *Civil Suit* | *Nash County Superior Court* | *Default Judgment Entered on August 25, 2009* |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *In the Matter of the Foreclosure of 1425 Beal Street, Rocky Mount, NC 09SP364* | *Foreclosure* | *Nash County Superior Court* | *Hearing - September 24, 2009* *Sale Date - October 22, 2009* |

None
☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *City of Rocky Mount* | *Between 3-1 and 5-31* | *Bank Accounts Frozen at New Republic Taxes paid and accounts unfrozen* |
| *City of Rocky Mount* | *Between 3-1 and 5-31* | *Bank Accounts Frozen at Southern Bank Taxes paid and accounts unfrozen* |

**5. Repossessions, foreclosures and returns**

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| *The Brewer Law Firm* *619 N. Person Street* *Raleigh, NC 27604* | | *$7,500.00 - attorney's fees* *$  274.00 - filing fee* *$   68.00 - CCC fee (H and W did credit counseling separate)* |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| *Joy Lal* *6 Tillie Street* *Bay Shore, NY 11703*      *None* | *6/2008* | *Single Family Home* *135 Oak Street* *Rocky Mount, NC* *Sales Price: $40,000* *Proceeds: $15,000* |
| *Thomas E. Carter* *5507 Wedgewood Ct.* *San Jose, CA 95123*      *None* | *1/4/2008* | *Single Family Home* *317 S. Tillery Street* *Rocky Mount, NC* *Sales Price: $60,000* *Proceeds: $9,646.97* |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| *Myrick Properties, LLC* | *830472631* | *5405 Robbins Drive Raleigh, NC 27610* | *Real Estate Investing* | *11/1/2004 -- til present* |
| *Gene Myrick* | | *5404 Robbins Drive Raleigh, NC 27610* | *Real Estate Debtor also owns and manages property titled in husband's name and jointly owned with co-debtor.* | |

7

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                          ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED
**Rabon and Dailey**                                         **3 years**
**7610-200 Six Forks Rd.**
**Raleigh, NC 27615**

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                       ADDRESS                           DATES SERVICES RENDERED

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                         ADDRESS

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                             DATE ISSUED

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                             DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY          INVENTORY SUPERVISOR              (Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                                             NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                            RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                           NATURE OF INTEREST                    PERCENTAGE OF INTEREST

8

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **November 19, 2009**                    Signature    **/s/ Gene Mitchell Myrick**
                                                            **Gene Mitchell Myrick**
                                                            Debtor

Date    **November 19, 2009**                    Signature    **/s/ Lucinda Abbott Myrick**
                                                            **Lucinda Abbott Myrick**
                                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Gene Mitchell Myrick,**
**Lucinda Abbott Myrick**

Case No. _____**09-08901-8**_____

_____,
Debtors

Chapter _____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 4 | 575,000.00 | | |
| B - Personal Property | Yes | 9 | 88,457.51 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 12 | | 774,694.42 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 123,056.03 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,025.90 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 3,221.38 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| Total Assets | | | 663,457.51 | | |
| Total Liabilities | | | | 897,750.45 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Gene Mitchell Myrick,
Lucinda Abbott Myrick**

Debtors ,

Case No. **09-08901-8**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re    **Gene Mitchell Myrick,**                                         Case No.    **09-08901-8**
         **Lucinda Abbott Myrick**

_____ ,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence**<br>**5404 Robbins Drive**<br>**Raleigh, NC 27610**<br>**Purchase Date: 6/4/1990**<br>**Purchase Price: $85,000**<br>**Tax Value: $214,777**<br>**SC: Wachovia Mortgage**<br>**Amount: $179,484.46** | **Tenants by Entirety** | **J** | **175,000.00** | **179,484.46** |
| **Rental Property**<br>**Loan Covers Two Properties**<br>**(1) 408 Hill Street**<br>**Rocky Mount, NC 27801**<br>**Pruchase Date: 5/17/2006**<br>**Purchase Price: $10,000**<br>**Tax Value: $28,588**<br>**SC(1) City and County Taxes**<br>**Amount: 629.53**<br>**SC(2): Providence Bank**<br>**Amount: $50,000\***<br><br>**(2) 703 Cokey Road**<br>**Rocky Mount, NC 27804**<br>**Purchase Date: 10/11/2005**<br>**Pruchase Price: $15,600**<br>**Tax Value: $86,674**<br>**SC(1): City and County Taxes**<br>**Amount: $1,845.04**<br>**SC(2): Providence Bank**<br>**Amount: $50,000\*** | **Tenants by Entirety** | **J** | **70,000.00** | **51,851.64** |

Sub-Total >        **245,000.00**        (Total of this page)

___3___   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                              Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re **Gene Mitchell Myrick,**                                  Case No. **09-08901-8**

           **Lucinda Abbott Myrick**

                                        Debtors

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Rental Properties** <br> **Loan Covers Two Properties** <br> **(1) 500/502 Cleveland Street** <br> **Rocky Mount, NC 27801** <br> **Purchase Date: 6/2004** <br> **Purchase Price: $20,000** <br> **Tax Value: 26,050** <br> **SC(1): City and County Taxes** <br> **Amount: 503.71** <br> **SC(2): First Federal** <br> **Amount: $41,526.00\*** <br><br> **(2) 408/410 Daughridge Street** <br> **Rocky Mount, NC  27804** <br> **Purchase Date: 6/2005** <br> **Purchase Price: $20,000** <br> **Tax Value: $36,873** <br> **SC(1): City and County Taxes** <br> **Amount: $796.16** <br> **SC(2): First Federal** <br> **Amount: $41,526.00\*** | **Fee Simple** | **H** | **35,000.00** | **42,825.87** |
| **Rental Property** <br> **305 S. Howell St.** <br> **Rocky Mount, NC 27804** <br> **Purchase Date: 12/20/2006** <br> **Purchase Price: $10,000** <br> **Tax Value: $27,220** <br> **SC(1) City and County Taxes** <br> **Amount: $471.73** <br> **SC(2): First Federal** <br> **Amount: $41,557.82** | **Tenants by Entirety** | **J** | **30,000.00** | **42,029.55** |
| **Rental Property** <br> **1120 N. Cambridge Circle** <br> **Rocky Mount, NC** <br> **Purchase Date: 7/6/2006** <br> **Purchase Price: $26,000** <br> **Tax Value: $69,816** <br> **SC(1): City and County** <br> **Amount: $1,464.02** <br> **SC(2): First Federal** <br> **Amount: $39,847.02** | **Fee Simple** | **H** | **30,000.00** | **41,311.04** |

Sub-Total >      **95,000.00**      (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re **Gene Mitchell Myrick,**                                          Case No. **09-08901-8**
        **Lucinda Abbott Myrick**

_____,
                         Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Rental Property**<br>**518 Arlington Street**<br>**Rocky Mount, NC 27801**<br>**Purchase Date: 6/18/2004**<br>**Purchase Price: $13,000**<br>**Tax Value: $37,751**<br>**SC(1) City and County Taxes**<br>**Amount: $768.36**<br>**SC(2): First Federal**<br>**Amount: $39,673.03** | **Tenants by Entirety** | **J** | **30,000.00** | **40,441.39** |
| **Rental Property**<br>**520 Hammond St.**<br>**Rocky Mount, NC 27801**<br>**Purchase Date: 6/2006**<br>**Purchase Price: $43,850**<br>**Tax Value: $45,940**<br>**SC(1): City and County Taxes**<br>**Amount: $751.90**<br>**SC(2): Wells Fargo**<br>**Amount: $44,111.81** | **Fee Simple** | **H** | **50,000.00** | **44,863.71** |
| **Rental Property**<br>**823 Sunset Ave.**<br>**Rocky Mount, NC 27804**<br>**Purchase Date: 11/2005**<br>**Purchase Price: $15,000**<br>**Tax Value: $34,713**<br>**SC(1): City and County Taxes**<br>**Amount: $686.70**<br>**SC(2): Wells Fargo Bank, NA**<br>**Amount: $100,020.11** | **Tenants by Entirety** | **J** | **40,000.00** | **100,706.81** |
| **Rental Property**<br>**530 Park Place**<br>**Rocky Mount, NC 27803**<br>**Purchase Date: 11/20/2006**<br>**Purchase Price: $43,500**<br>**Tax Value: $71,925**<br>**SC(1): City and County Taxes**<br>**Amount: $1,202.05**<br>**SC(2): Wells Fargo Bank**<br>**Amount: $68,308.93** | **Fee Simple** | **H** | **35,000.00** | **69,510.98** |

|  | Sub-Total > | **155,000.00** | (Total of this page) |
|---|---|---|---|

Sheet  **2**  of  **3**  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07) - Cont.

In re    **Gene Mitchell Myrick,**                                         Case No.    **09-08901-8**
      **Lucinda Abbott Myrick**

_____,
Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Rental Property**<br>**730 Long Avenue**<br>**Rocky Mount, NC 27804**<br>**Purchase Date: 6/16/2006**<br>**Purchase Price: $14,250**<br>**Tax Value: $30,558**<br>**SC(1) City and County Taxes**<br>**Amount: $687.11**<br>**SC(2): Wells Fargo Bank**<br>**Amount: $33,400.64** | **Fee Simple** | **H** | **25,000.00** | **34,087.75** |
| **Rental Property**<br>**606 Atlantic Ave.**<br>**Rocky Mount, NC 27804**<br>**Purchase Date: 7/28/2006**<br>**Purchase Price: $27,900**<br>**Tax Value: $57,094**<br>**SC(1): City and County Taxes**<br>**Amount: $903.64**<br>**SC(2): Wells Fargo Bank**<br>**Amount: $48,837.66** | **Fee Simple** | **H** | **35,000.00** | **49,741.30** |
| **Rental Property**<br>**1105 Branch St.**<br>**Rocky Mount, NC**<br>**Purchase Date: 6/15/2006**<br>**Purchase Price: $14,250**<br>**Tax Value: $30,070**<br>**SC(1): City and County Taxes**<br>**Amount: $470.25**<br>**SC(2): Wells Fargo Bank**<br>**Amount: $35,133.12** | **Fee Simple** | **H** | **20,000.00** | **35,603.37** |

|  |  |  |
|---|---|---|
| Sub-Total > | **80,000.00** | (Total of this page) |
| Total > | **575,000.00** | |

(Report also on Summary of Schedules)

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07)

.

In re  **Gene Mitchell Myrick,**                                          Case No. __09-08901-8__
       **Lucinda Abbott Myrick**
_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | **J** | **300.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **State Employess Credit Union Checking Account** | **H** | **583.05** |
| | | **State Employees Credit Union Savings Account** | **H** | **26.91** |
| | | **New Republic Savings Checking Account (Joint account with Myrick Properties, LLC) (negative balance)** | **H** | **39.76** |
| | | **First Federal Bank Checking Account** | **H** | **8.00** |
| | | **Providence Bank Checking Account (Joint Account with Mayumi Noguchi) Money does not belong to Debtor** | **H** | **329.92** |
| | | **Southern Bank Checking Account (Joint Account Myrick Prroperties, LLC) Operating Account** | **H** | **12.44** |
| | | **Southern Bank Checking Account (Joint Account with Myirck Properties, LLC) Rental Account** | **H** | **0.00** |
| | | **First Federal Bank Savings Account** | **H** | **5.00** |
| | | **Southern Bank Checking Account** | **H** | **0.00** |
| | | **State Employees Credit Union Checking Account** | **W** | **1,727.28** |

Sub-Total >    **3,032.36**
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Gene Mitchell Myrick,**                      Case No. __**09-08901-8**__
          **Lucinda Abbott Myrick**

                                               Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **State Employees Credit Union Savings Account** | **W** | **200.15** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | ***See Local Form Two*** | **J** | **2,200.00** |
| | | **Living room furniture and bedroom furniture** | **J** | **900.00** |
| | | **Bedroom furniture** | **J** | **600.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | ***See Local Form Two*** | **J** | **150.00** |
| | | **Clothing** | **J** | **200.00** |
| 6. Wearing apparel. | **X** | | | |
| 7. Furs and jewelry. | | **Jewlery** | **J** | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | ***See Local Form Two*** | **J** | **525.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | **X** | | | |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **Civil Service Pension** | **W** | **Unknown** |
| | | **Federal Thrift Savings Plan** | **W** | **43,000.00** |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | **X** | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership interest in Myrick Properties, LLC Assets of the business are shown on Attachment A Debts exceed assets** | **H** | **Unknown** |

|  | Sub-Total > | **48,275.15** |
|---|---|---|
| | (Total of this page) | |

Sheet __**1**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Gene Mitchell Myrick,**          Case No. __09-08901-8__
       **Lucinda Abbott Myrick**
       _____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Unpaid Old Uncollectable Rents (No value because uncollectable)** | J | **Unknown** |
| | | **Unpaid October Rents** | J | **5,250.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >          **5,250.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Gene Mitchell Myrick,**                                                        Case No.  __**09-08901-8**__
       **Lucinda Abbott Myrick**
_____,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Volvo S60** <br> **Mileage: 106,802** <br> **Value: 7,400** <br> **SC: State Employees Credit Union** <br> **Amount: $6,746.43** | **H** | 6,700.00 |
| | | **2008 Ford F-150** <br> **Mileage- 15,113** <br> **Value: 10,000** <br> **SC: BB&T** <br> **Amount: $13,276.33** | **H** | 10,000.00 |
| | | **2004 Toyota Camry** <br> **Mileage: 109,695** <br> **Value: $6,500** <br> **SC: State Employees Credit Union** <br> **Amount: $3,065.68** | **H** | 6,500.00 |
| | | **1989 Ford Truck** <br> **Mileage: 112,220** <br> **Value: $1,200** | **H** | 1,200.00 |
| | | **1997 Ford F-150** <br> **Mileage: 157,670** <br> **Value: $1,200** | **H** | 1,200.00 |
| | | **1963 Ford Fairlane 500** <br> **Mileage: 207,616** <br> **Value: 100** | **H** | 100.00 |
| | | **1987 GMC Truck** <br> **Mileage: 109,821** <br> **Value: $800** | **H** | 800.00 |
| | | **1987 Ford Box Truck** <br> **Mileage: unknown** <br> **Value: $900** | **H** | 900.00 |
| | | **1998 Volvo S-90** <br> **Mileage: 131,468** <br> **Value: 3,500** | **W** | 3,500.00 |

Sub-Total >                30,900.00
(Total of this page)

Sheet  __3__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Gene Mitchell Myrick,**
       **Lucinda Abbott Myrick**

Case No.  **09-08901-8**

_____,
Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Ladders, scaffolding, and miscellaneous equipment.** | H | 1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | **1,000.00** |
| (Total of this page) | |
| Total > | **88,457.51** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   *Gene Mitchell Myrick*
      *Lucinda Abbott Myrick* _____   Case No. _____
                           Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### Attachment A

### *Real Property owned by Myrick Properties, LLC*

(1)      Rental House - 503 Park Place, Rocky Mount, NC  27801
              Purchase date:  2/12/2007
              Purchase price:  $52,000.00
              Tax value:  $99,909.00
              SC:  Southern Bank
              Amount:  $58,400.00
              FMV:  $50,000.00

(2)      Rental House - 310 Pennsylvania Avenue, Rocky Mount, NC  27801
              Purchase date:  November, 2006
              Purchase price:  $18,213.00
              Tax value:  $45,725.00
              SC:  Southern Bank
              Amount:  $27,300.00
              FMV:  $10,000.00

(3)      Rental House - 603 Cokey Road, Rocky Mount, NC  27801
              Purchase date:  November, 2006
              Purchase price:  $23,083.00
              Tax value:  $55,658.00
              SC:  Southern Bank
              Amount:  $37,600.00
              FMV:  $10,000.00

(4)      Rental House - 825 Clark Street, Rocky Mount, NC  27801
              Purchase date:  June 15, 2006
              Purchase price:  $14,250.00
              Tax value:  $41,744.00
              SC:  Southern Bank
              Amount  $34,800.00
              FMV:  $10,000.00

(5)      Rental House - 429  S. Mercer Street, Rocky Mount, NC  27801
              Purchase date:  March 8, 2007
              Purchase price:  $13,000.00
              Tax value:  $36,326.00
              SC:  New Republic Savings
              Amount:  $33,326.02
              FMV:  $30,000.00

(6)     Rental House - 521 Falls Road, Rocky Mount, NC  27804
        Purchase date:  July 20, 2007
        Purchase price:  $55,000.00
        Tax value:  $49,169.00
        SC:  New Republic Savings Bank
        Amount:  $77,375.02
        FMV:  $48,000.00

(7)     Rental House - 127 W. Ridge, Rocky Mount, NC  27804
        Purchase date:  April, 2008
        Purchase price:  $26,500.00
        Tax value:  $25,773.00
        SC:  New Republic Savings Bank
        Amount  $38,903.71
        FMV:  $30,000.00

(8)     Rental House - 821 Columbia Avenue, Rocky Mount, NC  27804
        Purchase date:  May, 2008
        Purchase price:  $20,000.00
        Tax value:  $28,411.00
        SC:  New Republic Savings Bank
        Amount:  $37,465.72
        FMV:  $30,000.00

(9)     Rental House - 733 Long Avenue, Rocky Mount, NC  27801
        Purchase date:  June, 2008
        Purchase price:  $20,000.00
        Tax value:  $29,007.00
        SC:  New Republic Savings Bank
        Amount:  $34,057.45
        FMV:  $30,000.00

(10)    Rental House - 1115 Branch Street, Rocky Mount, NC  27801
        Purchase date:  November, 2006
        Purchase price:  $14,500.00
        Tax value:  $25,353.00
        SC:  New Republic Savings Bank
        Amount:  $19,570.90
        FMV:  $25,000.00

(11)    Rental House - 1119 Branch Street, Rocky Mount, NC  27801
        Purchase date:  November, 2006
        Purchase price:  $14,500.00
        Tax value:  $25,478.00
        SC:  New Republic Savings Bank
        Amount:  $19,570.90
        FMV:  $25,000.00

(12)    Rental House - 1123 Branch Street, Rocky Mount, NC  27801
        Purchase date:  November, 2006
        Purchase price:  $14,500.00
        Tax value:  $28,122.00
        SC:  New Republic Savings Bank
        Amount:  $19,570.90
        FMV:  $25,000.00

(13)    Rental House - 710 Rex Street, Rocky Mount, NC  27801
        Purchase date:  November, 2006
        Purchase price:  $14,500.00
        Tax value:  $25,353.00
        SC:  New Republic Savings Bank
        Amount:  $19,570.90
        FMV:  $25,000.00

(14)    Rental House - 739 Branch Street, Rocky Mount, NC  27801
        Purchase date:  October, 2006
        Purchase price:  $22,500.00
        Tax value:  $60,379.00
        SC:  New Republic Savings Bank
        Amount:  $35,000.00
        FMV:  $25,000.00

(15)    Commercial Building - 900/904 Church Street, Rocky Mount, NC  27801
        Purchase date:  January, 2009
        Purchase price:  $25,000.00
        Tax value:  $101,030.00
        SC:  New Republic Savings Bank
        Amount:  $40,000.00
        FMV:  $40,000.00

(16)    Rental house - 1425 Beal Street, Rocky Mount, NC
        Purchase date:
        Purchase price:  $55,000.00
        Tax value:  $46,540.00
        SC:  Robert R. Shearin and Dinah Shearin
        Amount:  $47,900.00
        FMV:  $40,000.00

(17)    Rental House - 801 Arlington Street, Rocky Mount, NC  27801
        Purchase date:  December, 2007
        Purchase price:  $4,000.00
        Tax value:  $57,562.00
        SC:  Harold Coldston
        Amount:  $37,000.00
        FMV:  $10,000.00

(18)    Rental House - 415 Falls Road, Rocky Mount, NC  27804
        Purchase date:  August, 2008
        Purchase price:  $15,000.00
        Tax value:  $54,410.00
        FMV:  $5,000.00

In re    *Gene Mitchell Myrick*
*Lucinda Abbott Myrick*    Case No. _____

Debtor(s)

## SCHEDULE C -1 - PROPERTY CLAIMED AS EXEMPT
### Attachment A

LOCAL FORM TWO
CLAIM OF EXEMPTIONS

We, **Gene Mitchell Myrick and Lucinda Abbott Myrick,** claim the following property as exempt pursuant to 11 USC 522(b)(2)(A) and (B) and the laws of the State of North Carolina, and non-bankruptcy Federal Law:

1. NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $18,500.00, however, an unmarried debtor who is age 65 or older is entitled to retain an aggregate interest in the property not to exceed $37,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of property below.)

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| **Residence** | **$175,000.00** | **Wachovia** | **$179,484.46** | **0.00** |
| **5404 Robbins Dr.** | | | | |
| **Raleigh, NC  27610** | | | | |

VALUE OF REAL ESTATE CLAIMED AS EXEMPT:  **$0.00**

**\*Debtors exempt their entire interest in this asset. Should the trustee or any other party in interest believe that the debtors equity in the property exceeds $0.00, that party should timely object to the valuation of the property and the right to exempt the property from the estate within 30 days of the conclusion of the 341 creditors meeting.**

2. NCGS 1C-1601(a)(3) MOTOR VEHICLE (exemption in one vehicle not to exceed $3,500.00)

| Model, Year Style of Auto | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|
| **2004 Toyota Camry** | **$8800.00** | **SECU** | **$3065.68** | **$5734.32(H)** |
| **1998 Volvo S90** | **$3500.00** | | | **$3500.00(W)** |

VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT: **$3500.00(H); $3500.00(W)**

3. NCGS 1C-1601(A)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents.)
   The number of dependents for exemption purposes is:  **0**

| Description of Property | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|
| **Household Goods** | | | | |
| **and Furnishings:** | | | | |
| Kitchen Appliances | **$100.00** | | | **$100.00** |
| Stove | **$250.00** | | | **$250.00** |
| Refrigerator | **$150.00** | | | **$150.00** |

```
Freezer
Washer                    $100.00                                   $100.00
Dryer                     $100.00                                   $100.00
China                     $200.00                                   $200.00
Silver                    $ 50.00                                   $ 50.00
Living Room Furniture     $300.00        Wells Fargo $3714.95       $  0.00
Den Furniture
Bedroom Furniture         $600.00        Wells Fargo $3714.95       $  0.00
Dining Room Furniture     $200.00                                   $200.00
Lawn Furniture            $ 50.00                                   $ 50.00
Television(s)             $150.00                                   $150.00
Other Video Equipment     $ 50.00                                   $ 50.00
Stereo Equipment          $ 50.00                                   $ 50.00
Radio(s)                  $ 50.00                                   $ 50.00
Other Audio Equipment
Piano                     $500.00                                   $500.00
Organ
Air Conditioner
Other Household Goods,
Supplies & Furnishings    $200.00                                   $200.00

           TOTAL HOUSEHOLD GOODS: $2200.00


Books, Pictures, Art
Objects, and Collections:
Books                     $ 50.00                                   $ 50.00
Paintings/Art Objects     $100.00                                   $100.00
Stamp Collections
Coin Collections
Other Collections
 (cd's)


           TOTAL BOOKS, ART & COLLECTIONS: $150.00
Wearing Apparel,
Jewelry, Firearms,
Tools, Recreational
Equipment, Etc.:

Clothing                  $200.00                                   $200.00
Jewelry                   $500.00                                   $500.00
Musical Instruments
Firearms
Lawnmower                 $ 50.00                                   $ 50.00
Other Lawn Tools          $ 25.00                                   $ 25.00
Power Tools               $150.00                                   $150.00
Carpentry Tools           $ 50.00                                   $ 50.00
Recreational Equipment    $ 50.00                                   $ 50.00
Other Personal Poss.
(Specify)  Vacuum         $ 25.00                                   $ 25.00
Computer & Access.        $125.00                                   $125.00
Miscellaneous             $ 50.00                                   $ 50.00
Animal


        TOTAL WEARING APPAREL, ETC.  $1225.00
        TOTAL VALUE CLAIMED AS EXEMPT: $4475.00
```

4.   NCGS 1c-1601(A)(5) TOOLS OF TRADE (total net value not to exceed $2,000.00 in value)

| Description | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|
| **Ladders, scaffolding, and miscellaneous equipment.** | **$1,000** | | | **$1,000** |

5. NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5)

| Company | Insured | Beneficiary | Last 4 digits Of Policy # | Value |
|---|---|---|---|---|

6.  NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (Debtor or Debtor's Dependents, no limit on value)

Description

7.  NCGS 1C-1601(a)(8)  COMPENSATION FOR PERSONAL INJURY OR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT.  COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

8.  NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000.00 in value of any unused exemption amount to which debtor is entitled under N.C.G.S. 1C-1601(a)(1)).

| Description | Value | Lienholder | Lien Amt. | Net Value |
|---|---|---|---|---|
| **2002 Volvo S60** | **$3,450.00** | **SECU** | **$6746.53** | **$0.00** |
| **2008 Ford F150** | **$13,950.00** | **BB&T** | **$13,276.33** | **$673.67** |
| **Rental Properties Loan Covers Two Properties** | | | | |
| **(1)** | | | | |
| **500/502 Cleveland St.** | **$15,000** | **First Federal** | **$41,526.00** | **$0.00** |
| **Rocky Mount, NC 27804** | | **Tax Liens** | **$503.71** | |
| **(2)** | | | | |
| **408/410 Daughridge St.** | **$20,000** | | | |
| **Rocky Mount, NC 27804** | | **Tax liens** | **$796.16** | |
| **Rental Property** | | | | |
| **1120 N. Cambridge Circle** | **$30,000** | **First Federal** | **$39,874.02** | **$0.00** |
| **Rocky Mount, NC** | | **Tax Liens** | **$1,464.02** | |
| **Rental Property 520 Hammond St.** | **$50,000** | **Wells Fargo** | **$44,11.81** | |
| **Rocky Mount, NC 27801** | | **Tax Liens** | **$751.90** | **$5,136.29** |
| **Rental Property 530 Park Place** | **$35,000** | **Wells Fargo** | **$68,308.93** | **$0.00** |
| **Rocky Mount,NC 27803** | | | | |
| **Rental Property 730 Long Ave.** | **$25,000** | **Wells Fargo** | **$33,400.64** | **$0.00** |
| **Rocky Mount, NC 27804** | | **Tax Liens** | **$687.11** | |

| | | | | |
|---|---|---|---|---|
| Rental Property<br>606 Atlantic Ave.<br>Rocky Mount, NC 27804 | $35,000 | Wells Fargo | $48,837.66 | $0.00 |
| Rental Property<br>1105 Branch St.<br>Rocky Mount, NC | $20,000 | Wells Fargo | $35,133.12 | $0.00 |
| 100% Ownership of<br>Myrick Properties,<br>LLC | unknown | | | unknown |

VALUE OF PROPERTY CLAIMED AS EXEMPT: **$10,000.00**

9.  NCGS 1C-1601(a)(9) INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code.  For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

TYPE OF ACCOUNT          LOCATION OF ACCOUNT      LAST 4 DIGITS OF ACCT. #

10.  NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under §529 of the Internal Revenue Code, and that not otherwise excluded from the estate pursuant to 11 U.S.C. §§541(b)(5)-(6), (e) not to exceed a cumulative limit of $25,000.  If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions.  The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

COLLEGE SAVINGS          LAST 4 DIGITS      VALUE      INITIALS
PLAN                     OF ACCT. #                    OF CHILD

11.  NCGS1C-1601(A)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established.)

  NAME OF                STATE GOVERNMENTAL          LAST 4 DIGITS
RETIREMENT PLAN               UNIT                     OF ID#

12.  NCGS1C-1601(A)912) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependant of the debtor).

TYPE OF SUPPORT                AMOUNT           LOCATION OF FUNDS

13.   TENANCY BY THE ENTIRETY.  The following property is claimed as exempt pursuant to 11 USC 522(b)(2)(B) and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|
| **Residence** 5404 Robbins Dr. Raleigh, NC  27610 | **$175,000.00** | **Wachovia** | **$179,484.46** | **$0.00** |
| **Rental Properties Loan Covers Two Properties** | | | | |
| **(1)** 408 Hill St. Rocky Mount, NC 27801 | **$30,000** | **Providence Bank** | **$50,000** | **$18,148.36** |
| | | **Tax liens** | **$629.53** | |
| **(2) Rental Property** 703 Cokey Rd. Rocky Mount, NC 27804 | **$40,000** | | | |
| | | **Tax Liens** | **$1,222.11** | |
| **Rental Property** 305 S. Howell St. Rocky Mount,NC 27804 | **$30,000** | **First Federal** | **$41,557.82** | **$0.00** |
| **Rental Property** 518 Arlington St. Rocky Mount, NC 27801 | **$30,000** | **First Federal** | **$39,673.03** | **$0.00** |
| | | **Tax Liens** | **$768.36** | |
| **Rental Property** 823 Sunset Ave. Rocky Mount, NC 27804 | **$40,000** | **Wells Fargo** | **$100,020.11** | **$0.00** |

VALUE OF ENTIRETIES PROPERTY CLAIMED AS EXEMPT: **$18,148.36**

14.   OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

Amount

a.  Aid to the Aged, Disabled and Families with Dependent Children NCGS 108A-36
b.  Aid to the Blind NCGS 111-18
c.  Yearly Allowance for Surviving Spouse  NCGS 30-15, NCGS 30-33
d.  North Carolina Local Government Employees Retirement benefits NCGS 128-31
e.  North Carolina Teachers and State Employees Retirement benefits NCGS 135-9
f.  Firemen's Relief Fund pensions NCGS 118-49
g.  Fraternal Benefit Society benefits NCGS 58-283
h.  Workers Compensation benefits NCGS 97-21
i.  Unemployment benefits, so long as not comingled and except for debts for necessities purchased while unemployed NCGS 96-17

j.  Group insurance proceeds NCGS 58-213
k.  Partnership property, except on a claim against the
    partnership NCGS 59-55
l.  Wages of debtor necessary for support of family
    NCGS 1-362  **Cash and Bank Accounts**                    **$2,902.59***

**(*Amount does not include monies in Providence Bank Checking Account shared with Mayumi Noguchi because these funds do not belong to the debtor or co-debtor.)**

        TOTAL PROPERTY CLAIMED AS EXEMPT: **$2,902.59**

    15.   EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW

                                                          Amount
a.  Foreign Service Retirement and Disability Payments
    22-USC 1104
b.  Social Security benefits  42 USC 407
c.  Injury or death compensation payments from war risk
    hazards 42 U4SC 1717
d.  Wages of fishermen, seamen, and apprentices 46 USC 601
e.  Civil Service Retirement benefits 5 USC 729,2265        **Entire Amount**
f.  Longshoremen and Harbor Workers Compensation Act death
    and disability benefits  33 USC 916
g.  Railroad Retirement Act annuities and pensions
    45 USC 228(L)
h.  Veterans benefits  45 USC 352(E)
i.  Federal Thrift Savings Account            **$45,000**
    5 USC Sec. 8470.
j.  Special pension paid to winners of Congressional Medal
    of Honor  38 USC 3101
k.  Federal homestead lands, on debts contracted before the
    issuance of the patent  43 USC  175
l.  Federal Employees Retirement System Account, 5 U.S.C. §847(a)
                    VALUE OF PROPERTY CLAIMED AS EXEMPT: **$45,000.00**

    16. The following tangible personal property was purchased by the
debtor within 90 days of the filing of the bankruptcy petition:
                        Market       Lien            Amt.      Net
Description             Value        Holder          Lien      Value


    17.  The debtor's property is subject to the following claims:

a.  Of the United States or its agencies as provided by federal law
b.  Of the State of North Carolina or its subdivisions for taxes or
    appearance bonds
c.  Of a lien by a laborer
d.  Of a lien by a mechanic
e.  For payment of obligations contracted for the purchase of specific
    property
f.  For repair or improvement of specific property
g.  For contractual security interests in specific property, except
    debtor's household goods on which there exists a nonpossessory,
    nonpurchase money security interest
h.  For statutory liens, other than judicial liens
i.  For child support or alimony, ordered pursuant to Chapter 50 of the
    General Statutes of North Carolina


    None of the property listed in paragraph 12 has been included in this claim of
exemption.

None of the claims listed in paragraph 13 is subject to this claim of exemptions.


**S/:  Gene Mitchell Myrick**
Gene Mitchell Myrick


**S/:  Lucinda Abbott Myrick**
Lucinda Abbott Myrick

B6D (Official Form 6D) (12/07)

In re   **Gene Mitchell Myrick,**
     **Lucinda Abbott Myrick,**

Case No.   **09-08901-8**

                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx-1001**<br><br>**BB&T**<br>**Attn: Jack R. Hayes**<br>**P.O. Box 1847**<br>**Wilson, NC 27894-1847** | | H | **9/2008**<br>**Lien on Property**<br>**2008 Ford F-150**<br>**Mileage- 15,113**<br>**Value: 10,000**<br>**SC: BB&T**<br>**Amount: $13,276.33** | | | | | |
| | | | Value $        **10,000.00** | | | | 13,276.33 | 3,276.33 |
| Account No. **730 Long Ave**<br><br>**City of Rocky Mount**<br>**Attn: Shary Jones**<br>**3331 South Franklin St.**<br>**Rocky Mount, NC 27803** | | H | **2009 City Taxes**<br>**Rental Property**<br>**730 Long Avenue**<br>**Rocky Mount, NC 27804**<br>**Purchase Date: 6/16/2006**<br>**Purchase Price: $14,250**<br>**Tax Value: $30,558**<br>**SC(1) City and County Taxes** | | | | | |
| | | | Value $        **25,000.00** | | | | 168.07 | 168.07 |
| Account No. **1120 N. Cambridge St.**<br><br>**City of Rocky Mount**<br>**Attn: Shary Jones**<br>**3331 South Franklin St.**<br>**Rocky Mount, NC 27803** | | H | **2009 City Taxes**<br>**Rental Property**<br>**1120 N. Cambridge Circle**<br>**Rocky Mount, NC**<br>**Purchase Date: 7/6/2006**<br>**Purchase Price: $26,000**<br>**Tax Value: $69,816**<br>**SC(1): City and County** | | | | | |
| | | | Value $        **30,000.00** | | | | 383.99 | 383.99 |
| Account No. **1105 Branch St.**<br><br>**City of Rocky Mount**<br>**Attn: Shary Jones**<br>**3331 South Franklin St.**<br>**Rocky Mount, NC 27803** | | J | **2009 City Taxes**<br>**Rental Property**<br>**1105 Branch St.**<br>**Rocky Mount, NC**<br>**Purchase Date: 6/15/2006**<br>**Purchase Price: $14,250**<br>**Tax Value: $30,070**<br>**SC(1): City and County Taxes** | | | | | |
| | | | Value $        **20,000.00** | | | | 0.00 | 0.00 |

  **11**  continuation sheets attached

Subtotal | 13,828.39 | 3,828.39
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gene Mitchell Myrick,**  Case No. ___**09-08901-8**___
       **Lucinda Abbott Myrick**

_____ ,
                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **518 Arlington St.** <br><br> **City of Rocky Mount** <br> **Attn: Shary Jones** <br> **3331 South Franklin St.** <br> **Rocky Mount, NC 27803** | | J | **2009 City Taxes** <br> **Rental Property** <br> **518 Arlington Street** <br> **Rocky Mount, NC 27801** <br> **Purchase Date: 6/18/2004** <br> **Purchase Price: $13,000** <br> **Tax Value: $37,751** <br> **SC(1) City and County Taxes** | | | | | |
| | | | Value $          30,000.00 | | | | 207.63 | 207.63 |
| Account No. **408/410 Daughtridge St.** <br><br> **City of Rocky Mount** <br> **Attn: Shary Jones** <br> **3331 South Franklin St.** <br> **Rocky Mount, NC 27803** | | H | **2009 City Taxes** <br> **Rental Property** <br> **408/410 Daughtridge Street** <br> **Rocky Mount, NC 27804** <br> **Purchase Date: 6/2005** <br> **Purchase Price: $20,000** <br> **Tax Value: $36,873** <br> **SC: First Federal** | | | | | |
| | | | Value $          30,000.00 | | | | 202.80 | 0.00 |
| Account No. **408 Hill St.** <br><br> **City of Rocky Mount** <br> **Attn: Shary Jones** <br> **3331 South Franklin St.** <br> **Rocky Mount, NC 27803** | | J | **2009 City Taxes** <br> **Rental Property** <br> **Loan Covers Two Properties** <br> **(1) 408 Hill Street** <br> **Rocky Mount, NC 27801** <br> **Pruchase Date: 5/17/2006** <br> **Purchase Price: $10,000** <br> **Tax Value: $28,588** | | | | | |
| | | | Value $          70,000.00 | | | | 157.23 | 0.00 |
| Account No. **530 Park Place** <br><br> **City of Rocky Mount** <br> **Attn: Shary Jones** <br> **3331 South Franklin St.** <br> **Rocky Mount, NC 27803** | | J | **2009 City Taxes** <br> **Rental Property** <br> **530 Park Place** <br> **Rocky Mount, NC 27803** <br> **Purchase Date: 11/20/2006** <br> **Purchase Price: $43,500** <br> **Tax Value: $71,925** <br> **SC(1): City and County Taxes** | | | | | |
| | | | Value $          35,000.00 | | | | 395.59 | 395.59 |
| Account No. **500 Cleveland St.** <br><br> **City of Rocky Mount** <br> **Attn: Shary Jones** <br> **3331 South Franklin St.** <br> **Rocky Mount, NC 27803** | | H | **2009 City Taxes** <br> **Rental Properties** <br> **Loan Covers Two Properties** <br> **(1) 500/502 Cleveland Street** <br> **Rocky Mount, NC 27801** <br> **Purchase Date: 6/2004** <br> **Purchase Price: $20,000** <br> **Tax Value: 26,050** | | | | | |
| | | | Value $          35,000.00 | | | | 143.28 | 143.28 |

Sheet __1__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 1,106.53 | 746.50 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Gene Mitchell Myrick,__              Case No. ___09-08901-8___
  __Lucinda Abbott Myrick__
_____,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W | J C |  |  |  |  |  |  |
| Account No. **823 Sunset Ave.** <br><br> **City of Rocky Mount** <br> **Attn: Shary Jones** <br> **3331 South Franklin St.** <br> **Rocky Mount, NC 27803** |  | | J | **2009 City Taxes** <br> **Rental Property** <br> **823 Sunset Ave.** <br> **Rocky Mount, NC 27804** <br> **Purchase Date: 11/2005** <br> **Purchase Price: $15,000** <br> **Tax Value: $34,713** <br> **SC(1): City and County Taxes** |  |  |  |  |  |
|  |  | | | Value $                    **40,000.00** |  |  |  | **190.92** | **190.92** |
| Account No. **305 South Howell St.** <br><br> **City of Rocky Mount** <br> **Attn: Shary Jones** <br> **3331 South Franklin St.** <br> **Rocky Mount, NC 27803** |  | | J | **2009 City Tax** <br> **Rental Property** <br> **305 S. Howell St.** <br> **Rocky Mount, NC 27804** <br> **Purchase Date: 12/20/2006** <br> **Purchase Price: $10,000** <br> **Tax Value: $27,220** <br> **SC(1) City and County Taxes** |  |  |  |  |  |
|  |  | | | Value $                    **30,000.00** |  |  |  | **149.71** | **149.71** |
| Account No. **520 South Hammond St.** <br><br> **City of Rocky Mount** <br> **Attn: Shary Jones** <br> **3331 South Franklin St.** <br> **Rocky Mount, NC 27803** |  | H | | **2009 City Taxes** <br> **Rental Property** <br> **520 Hammond St.** <br> **Rocky Mount, NC 27801** <br> **Purchase Date: 6/2006** <br> **Purchase Price: $43,850** <br> **Tax Value: $45,940** <br> **SC(1): City and County Taxes** |  |  |  |  |  |
|  |  | | | Value $                    **50,000.00** |  |  |  | **252.67** | **0.00** |
| Account No. **703 Cokey Road** <br><br> **City of Rocky Mount** <br> **Attn: Shary Jones** <br> **3331 South Franklin St.** <br> **Rocky Mount, NC 27803** |  | | J | **2009 City Taxes** <br> **Rental Property** <br> **Loan Covers Two Properties** <br> **(1) 408 Hill Street** <br> **Rocky Mount, NC 27801** <br> **Pruchase Date: 5/17/2006** <br> **Purchase Price: $10,000** <br> **Tax Value: $28,588** |  |  |  |  |  |
|  |  | | | Value $                    **70,000.00** |  |  |  | **476.71** | **0.00** |
| Account No. **408/410 Daughridge Street** <br><br> **City of Rocky Mount** <br> **Attn: Shary Jones** <br> **3331 South Franklin St.** <br> **Rocky Mount, NC 27803** |  | H | | **2009 City Tax** <br> **Rental Properties** <br> **Loan Covers Two Properties** <br> **(1) 500/502 Cleveland Street** <br> **Rocky Mount, NC 27801** <br> **Purchase Date: 6/2004** <br> **Purchase Price: $20,000** <br> **Tax Value: 26,050** |  |  |  |  |  |
|  |  | | | Value $                    **35,000.00** |  |  |  | **202.80** | **202.80** |

Sheet __2__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**1,272.81**          **543.43**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Gene Mitchell Myrick,**
      **Lucinda Abbott Myrick**
                                               ,
                                      Debtors

Case No.    **09-08901-8**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kristien R. Driver<br>PO BOX 847<br>Nashville, NC 27856** | | H | *Judgment Lien Against Equity in Nash County Properties owned by Gene Myrick*<br><br>Value $    **12,310.42** | | | | 12,625.00 | 314.58 |
| Account No. **xx7160**<br><br>**Edgcombe County Tax Collector<br>Attn:  Managing Agent<br>301 St. Andrews Street<br>Tarboro, NC 27886** | | J | *2009 Real Estate Tax<br>Rental Property<br>606 Atlantic Ave.<br>Rocky Mount, NC 27804<br>Purchase Date: 7/28/2006<br>Purchase Price: $27,900<br>Tax Value: $57,094<br>SC(1): City and County Taxes*<br><br>Value $    **35,000.00** | | | | 491.00 | 491.00 |
| Account No. **xx7160**<br><br>**Edgcombe County Tax Collector<br>Attn:  Managing Agent<br>301 St. Andrews Street<br>Tarboro, NC 27886** | | H | *2009 Real Estate Tax<br>Rental Property<br>730 Long Avenue<br>Rocky Mount, NC 27804<br>Purchase Date: 6/16/2006<br>Purchase Price: $14,250<br>Tax Value: $30,558<br>SC(1) City and County Taxes*<br><br>Value $    **25,000.00** | | | | 262.80 | 262.80 |
| Account No. **xx7160**<br><br>**Edgcombe County Tax Collector<br>Attn:  Managing Agent<br>301 St. Andrews Street<br>Tarboro, NC 27886** | | H | *2009 Real Estate Tax<br>Rental Property<br>1120 N. Cambridge Circle<br>Rocky Mount, NC<br>Purchase Date: 7/6/2006<br>Purchase Price: $26,000<br>Tax Value: $69,816<br>SC(1): City and County*<br><br>Value $    **30,000.00** | | | | 600.42 | 600.42 |
| Account No. **xx7160**<br><br>**Edgcombe County Tax Collector<br>Attn:  Managing Agent<br>301 St. Andrews Street<br>Tarboro, NC 27886** | | H | *2009 Real Estate Tax<br>Rental Property<br>1105 Branch St.<br>Rocky Mount, NC<br>Purchase Date: 6/15/2006<br>Purchase Price: $14,250<br>Tax Value: $30,070<br>SC(1): City and County Taxes*<br><br>Value $    **20,000.00** | | | | 258.60 | 258.60 |

Sheet  **3**  of  **11**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 14,237.82 | 1,927.40 |
|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gene Mitchell Myrick,**
       **Lucinda Abbott Myrick**
                                                              Case No. ___**09-08901-8**___
_____,
                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx7161** <br><br> **Edgcombe County Tax Collector** <br> **Attn:  Managing Agent** <br> **301 St. Andrews Street** <br> **Tarboro, NC 27886** | | J | **2009 Real Estate Tax** <br> **Rental Property** <br> **518 Arlington Street** <br> **Rocky Mount, NC 27801** <br> **Purchase Date: 6/18/2004** <br> **Purchase Price: $13,000** <br> **Tax Value: $37,751** <br> **SC(1) City and County Taxes** | | | | | |
| | | | Value $                  30,000.00 | | | | 324.66 | 324.66 |
| Account No. **xx5821** <br><br> **Edgcombe County Tax Collector** <br> **Attn:  Managing Agent** <br> **301 St. Andrews Street** <br> **Tarboro, NC 27886** | | H | **2009 Real Estate Tax** <br> **Rental Property** <br> **408/410 Daughridge Street** <br> **Rocky Mount, NC  27804** <br> **Purchase Date: 6/2005** <br> **Purchase Price: $20,000** <br> **Tax Value: $36,873** <br> **SC: First Federal** | | | | | |
| | | | Value $                  30,000.00 | | | | 317.11 | 0.00 |
| Account No. **xx7160** <br><br> **Edgcombe County Tax Collector** <br> **Attn:  Managing Agent** <br> **301 St. Andrews Street** <br> **Tarboro, NC 27886** | | J | **2009 Real Estate Tax** <br> **Rental Property** <br> **Loan Covers Two Properties** <br> **(1) 408 Hill Street** <br> **Rocky Mount, NC 27801** <br> **Pruchase Date: 5/17/2006** <br> **Purchase Price: $10,000** <br> **Tax Value: $28,588** | | | | | |
| | | | Value $                  70,000.00 | | | | 245.86 | 0.00 |
| Account No. **xx7160** <br><br> **Edgcombe County Tax Collector** <br> **Attn:  Managing Agent** <br> **301 St. Andrews Street** <br> **Tarboro, NC 27886** | | H | **2008 Real Estate Tax** <br> **Rental Property** <br> **606 Atlantic Ave.** <br> **Rocky Mount, NC 27804** <br> **Purchase Date: 7/28/2006** <br> **Purchase Price: $27,900** <br> **Tax Value: $57,094** <br> **SC(1): City and County Taxes** | | | | | |
| | | | Value $                  35,000.00 | | | | 412.64 | 412.64 |
| Account No. **xx7160** <br><br> **Edgcombe County Tax Collector** <br> **Attn:  Managing Agent** <br> **301 St. Andrews Street** <br> **Tarboro, NC 27886** | | H | **2008 Real Estate Tax** <br> **Rental Property** <br> **730 Long Avenue** <br> **Rocky Mount, NC 27804** <br> **Purchase Date: 6/16/2006** <br> **Purchase Price: $14,250** <br> **Tax Value: $30,558** <br> **SC(1) City and County Taxes** | | | | | |
| | | | Value $                  25,000.00 | | | | 256.24 | 256.24 |

Sheet ___**4**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 1,556.51 | 993.54 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Gene Mitchell Myrick,**
　　　**Lucinda Abbott Myrick** Case No. _____**09-08901-8**_____
_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx7160** <br><br> **Edgcombe County Tax Collector** <br> **Attn: Managing Agent** <br> **301 St. Andrews Street** <br> **Tarboro, NC 27886** | | H | **2008 Real Estate Tax** <br> **Rental Property** <br> **1120 N. Cambridge Circle** <br> **Rocky Mount, NC** <br> **Purchase Date: 7/6/2006** <br> **Purchase Price: $26,000** <br> **Tax Value: $69,816** <br> **SC(1): City and County** | | | | | |
| | | | Value $　　　　　**30,000.00** | | | | **479.61** | **479.61** |
| Account No. **xx7160** <br><br> **Edgcombe County Tax Collector** <br> **Attn: Managing Agent** <br> **301 St. Andrews Street** <br> **Tarboro, NC 27886** | | H | **2008 Real Estate Tax** <br> **Rental Property** <br> **1105 Branch St.** <br> **Rocky Mount, NC** <br> **Purchase Date: 6/15/2006** <br> **Purchase Price: $14,250** <br> **Tax Value: $30,070** <br> **SC(1): City and County Taxes** | | | | | |
| | | | Value $　　　　　**20,000.00** | | | | **211.65** | **211.65** |
| Account No. **xx7161** <br><br> **Edgcombe County Tax Collector** <br> **Attn: Managing Agent** <br> **301 St. Andrews Street** <br> **Tarboro, NC 27886** | | J | **2008 Real Estate Tax** <br> **Rental Property** <br> **518 Arlington Street** <br> **Rocky Mount, NC 27801** <br> **Purchase Date: 6/18/2004** <br> **Purchase Price: $13,000** <br> **Tax Value: $37,751** <br> **SC(1) City and County Taxes** | | | | | |
| | | | Value $　　　　　**30,000.00** | | | | **236.07** | **236.07** |
| Account No. **xx5821** <br><br> **Edgcombe County Tax Collector** <br> **Attn: Managing Agent** <br> **301 St. Andrews Street** <br> **Tarboro, NC 27886** | | H | **2008 Real Estate Tax** <br> **Rental Property** <br> **408/410 Daughridge Street** <br> **Rocky Mount, NC  27804** <br> **Purchase Price: $20,000** <br> **Purchase Date: 6/2005** <br> **Tax Value: $36,873** <br> **SC: First Federal** | | | | | |
| | | | Value $　　　　　**30,000.00** | | | | **276.25** | **0.00** |
| Account No. **xx7160** <br><br> **Edgcombe County Tax Collector** <br> **Attn: Managing Agent** <br> **301 St. Andrews Street** <br> **Tarboro, NC 27886** | | J | **2008 Real Estate Tax** <br> **Rental Property** <br> **Loan Covers Two Properties** <br> **(1) 408 Hill Street** <br> **Rocky Mount, NC 27801** <br> **Pruchase Date: 5/17/2006** <br> **Purchase Price: $10,000** <br> **Tax Value: $28,588** | | | | | |
| | | | Value $　　　　　**70,000.00** | | | | **226.44** | **0.00** |

Sheet _**5**_ of _**11**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **1,430.02** | **927.33** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Gene Mitchell Myrick,**                                    Case No.    **09-08901-8**
         **Lucinda Abbott Myrick**
                                                    ,
                                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx9992**<br><br>**Edgcombe County Tax Collector**<br>**Attn:  Managing Agent**<br>**301 St. Andrews Street**<br>**Tarboro, NC 27886** | | J | **2009 Real Estate Tax**<br>**Rental Property**<br>**Loan Covers Two Properties**<br>**(1) 408 Hill Street**<br>**Rocky Mount, NC 27801**<br>**Pruchase Date: 5/17/2006**<br>**Purchase Price: $10,000**<br>**Tax Value: $28,588** | | | | | |
| | | | Value $        **70,000.00** | | | | **745.40** | **0.00** |
| Account No. **xx5821**<br><br>**Edgcombe County Tax Collector**<br>**Attn:  Managing Agent**<br>**301 St. Andrews Street**<br>**Tarboro, NC 27886** | | H | **2009 Real Estate Tax**<br>**Rental Properties**<br>**Loan Covers Two Properties**<br>**(1) 500/502 Cleveland Street**<br>**Rocky Mount, NC 27801**<br>**Purchase Date: 6/2004**<br>**Purchase Price: $20,000**<br>**Tax Value: 26,050** | | | | | |
| | | | Value $        **35,000.00** | | | | **317.11** | **317.11** |
| Account No. **xx5821**<br><br>**Edgcombe County Tax Collector**<br>**Attn:  Managing Agent**<br>**301 St. Andrews Street**<br>**Tarboro, NC 27886** | | H | **2008 Real Estate Tax**<br>**Rental Properties**<br>**Loan Covers Two Properties**<br>**(1) 500/502 Cleveland Street**<br>**Rocky Mount, NC 27801**<br>**Purchase Date: 6/2004**<br>**Purchase Price: $20,000**<br>**Tax Value: 26,050** | | | | | |
| | | | Value $        **35,000.00** | | | | **276.25** | **276.25** |
| Account No. **xx-xxx616-8**<br><br>**First Federal**<br>**1017 Dresser Court**<br>**Raleigh, NC 27605** | | H | **Mortgage**<br>**Rental Properties**<br>**Loan Covers Two Properties**<br>**(1) 500/502 Cleveland Street**<br>**Rocky Mount, NC 27801**<br>**Purchase Date: 6/2004**<br>**Purchase Price: $20,000**<br>**Tax Value: 26,050** | | | | | |
| | | | Value $        **35,000.00** | | | | **41,526.00** | **6,526.00** |
| Account No. **xx-xxx638-1**<br><br>**First Federal**<br>**1017 Dresser Court**<br>**Raleigh, NC 27605** | | J | **Mortgage**<br>**Rental Property**<br>**305 S. Howell St.**<br>**Rocky Mount, NC 27804**<br>**Purchase Date: 12/20/2006**<br>**Purchase Price: $10,000**<br>**Tax Value: $27,220**<br>**SC(1) City and County Taxes** | | | | | |
| | | | Value $        **30,000.00** | | | | **41,557.82** | **11,557.82** |

Sheet    **6**    of    **11**    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    **84,422.58**        **18,677.18**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Gene Mitchell Myrick,**
     **Lucinda Abbott Myrick**

Case No. ___**09-08901-8**___

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx635-7** <br><br> **First Federal** <br> **1017 Dresser Court** <br> **Raleigh, NC 27605** | | H | **Mortgage** <br> **Rental Property** <br> **1120 N. Cambridge Circle** <br> **Rocky Mount, NC** <br> **Purchase Date: 7/6/2006** <br> **Purchase Price: $26,000** <br> **Tax Value: $69,816** <br> **SC(1): City and County** | | | | | |
| | | | Value $                **30,000.00** | | | | 39,847.02 | 9,847.02 |
| Account No. **xx-xxx627-9** <br><br> **First Federal** <br> **1017 Dresser Court** <br> **Raleigh, NC 27605** | | J | **Mortgage** <br> **Rental Property** <br> **518 Arlington Street** <br> **Rocky Mount, NC 27801** <br> **Purchase Date: 6/18/2004** <br> **Purchase Price: $13,000** <br> **Tax Value: $37,751** <br> **SC(1) City and County Taxes** | | | | | |
| | | | Value $                **30,000.00** | | | | 39,673.03 | 9,673.03 |
| Account No. **xxxxx9269** <br><br> **Nash County Tax Collector** <br> **Attn: Managing Agent** <br> **120 W. Washington St., Suite 2058** <br> **Nashville, NC 27856** | | J | **2008 Real Estate Tax** <br> **Rental Property** <br> **530 Park Place** <br> **Rocky Mount, NC 27803** <br> **Purchase Date: 11/20/2006** <br> **Purchase Price: $43,500** <br> **Tax Value: $71,925** <br> **SC(1): City and County Taxes** | | | | | |
| | | | Value $                **35,000.00** | | | | 324.56 | 324.56 |
| Account No. **xxxxx9269** <br><br> **Nash County Tax Collector** <br> **Attn: Managing Agent** <br> **120 W. Washington St., Suite 2058** <br> **Nashville, NC 27856** | | J | **2008 Real Estate Tax** <br> **Rental Properties** <br> **Loan Covers Two Properties** <br> **(1) 500/502 Cleveland Street** <br> **Rocky Mount, NC 27801** <br> **Purchase Date: 6/2004** <br> **Purchase Price: $20,000** <br> **Tax Value: 26,050** | | | | | |
| | | | Value $                **35,000.00** | | | | 185.89 | 185.89 |
| Account No. **xxxxx7885** <br><br> **Nash County Tax Collector** <br> **Attn: Managing Agent** <br> **120 W. Washington St., Suite 2058** <br> **Nashville, NC 27856** | | J | **2008 Real Estate Tax** <br> **Rental Property** <br> **823 Sunset Ave.** <br> **Rocky Mount, NC 27804** <br> **Purchase Date: 11/2005** <br> **Purchase Price: $15,000** <br> **Tax Value: $34,713** <br> **SC(1): City and County Taxes** | | | | | |
| | | | Value $                **40,000.00** | | | | 263.20 | 263.20 |

Sheet __**7**__ of __**11**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 80,293.70 | 20,293.70 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gene Mitchell Myrick,**  
       **Lucinda Abbott Myrick**  
_____,  
                    Debtors

Case No. _____**09-08901-8**_____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7885**<br><br>**Nash County Tax Collector**<br>**Attn: Managing Agent**<br>**120 W. Washington St., Suite 2058**<br>**Nashville, NC 27856** | | J | 2008 Real Estate Tax<br>Rental Property<br>305 S. Howell St.<br>Rocky Mount, NC 27804<br>Purchase Date: 12/20/2006<br>Purchase Price: $10,000<br>Tax Value: $27,220<br>SC(1) City and County Taxes | | | | | |
| | | | Value $                     30,000.00 | | | | 139.65 | 139.65 |
| Account No. **xxxxx0579**<br><br>**Nash County Tax Collector**<br>**Attn: Managing Agent**<br>**120 W. Washington St., Suite 2058**<br>**Nashville, NC 27856** | | J | 2008 Real Estate Tax<br>Rental Property<br>520 Hammond St.<br>Rocky Mount, NC 27801<br>Purchase Date: 6/2006<br>Purchase Price: $43,850<br>Tax Value: $45,940<br>SC(1): City and County Taxes | | | | | |
| | | | Value $                     50,000.00 | | | | 191.43 | 0.00 |
| Account No. **xxxxx9269**<br><br>**Nash County Tax Collector**<br>**Attn: Managing Agent**<br>**120 W. Washington St., Suite 2058**<br>**Nashville, NC 27856** | | H | 2009 Real Estate Tax<br>Rental Property<br>530 Park Place<br>Rocky Mount, NC 27803<br>Purchase Date: 11/20/2006<br>Purchase Price: $43,500<br>Tax Value: $71,925<br>SC(1): City and County Taxes | | | | | |
| | | | Value $                     35,000.00 | | | | 481.90 | 481.90 |
| Account No. **xxxxx9269**<br><br>**Nash County Tax Collector**<br>**Attn: Managing Agent**<br>**120 W. Washington St., Suite 2058**<br>**Nashville, NC 27856** | | H | 2009 Real Estate Tax<br>Rental Properties<br>Loan Covers Two Properties<br>(1) 500/502 Cleveland Street<br>Rocky Mount, NC 27801<br>Purchase Date: 6/2004<br>Purchase Price: $20,000<br>Tax Value: 26,050 | | | | | |
| | | | Value $                     35,000.00 | | | | 174.54 | 174.54 |
| Account No. **xxxxx7885**<br><br>**Nash County Tax Collector**<br>**Attn: Managing Agent**<br>**120 W. Washington St., Suite 2058**<br>**Nashville, NC 27856** | | J | 2009 Real Estate Tax<br>Rental Property<br>823 Sunset Ave.<br>Rocky Mount, NC 27804<br>Purchase Date: 11/2005<br>Purchase Price: $15,000<br>Tax Value: $34,713<br>SC(1): City and County Taxes | | | | | |
| | | | Value $                     40,000.00 | | | | 232.58 | 232.58 |

Sheet _**8**_ of _**11**_ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal  
(Total of this page)

| 1,220.10 | 1,028.67 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Gene Mitchell Myrick,**
    **Lucinda Abbott Myrick**

Case No. **09-08901-8**

_____ ,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7885**<br><br>**Nash County Tax Collector**<br>**Attn: Managing Agent**<br>**120 W. Washington St., Suite 2058**<br>**Nashville, NC 27856** | | J | **2009 Real Estate Tax**<br>**Rental Property**<br>**305 S. Howell St.**<br>**Rocky Mount, NC 27804**<br>**Purchase Date: 12/20/2006**<br>**Purchase Price: $10,000**<br>**Tax Value: $27,220**<br>**SC(1) City and County Taxes** | | | | | |
| | | | Value $       **30,000.00** | | | | 182.37 | 182.37 |
| Account No. **xxxxx0579**<br><br>**Nash County Tax Collector**<br>**Attn: Managing Agent**<br>**120 W. Washington St., Suite 2058**<br>**Nashville, NC 27856** | | H | **2009 Real Estate Tax**<br>**Rental Property**<br>**520 Hammond St.**<br>**Rocky Mount, NC 27801**<br>**Purchase Date: 6/2006**<br>**Purchase Price: $43,850**<br>**Tax Value: $45,940**<br>**SC(1): City and County Taxes** | | | | | |
| | | | Value $       **50,000.00** | | | | 307.80 | 0.00 |
| Account No. **xxxxx0059**<br><br>**Providence Bank**<br>**PO BOX 7727**<br>**Rocky Mount, NC 27804** | | J | **5/17/2006**<br>**Mortgage**<br>**Rental Property**<br>**Loan Covers Two Properties**<br>**(1) 408 Hill Street**<br>**Rocky Mount, NC 27801**<br>**Pruchase Date: 5/17/2006**<br>**Purchase Price: $10,000** | | | | | |
| | | | Value $       **70,000.00** | | | | 50,000.00 | 0.00 |
| Account No. **xxxxx08-03**<br><br>**State Employee Credit Union**<br>**Lori Barnes/Loss Mitigation Dept.**<br>**PO Box 25279**<br>**Raleigh, NC 27611** | | H | **6/21/2009**<br>**Lien on Property**<br>**2002 Volvo S60**<br>**Mileage: 106,802**<br>**Value: 7,400**<br>**SC: State Employees Credit Union**<br>**Amount: $6,746.43** | | | | | |
| | | | Value $       **6,700.00** | | | | 6,746.43 | 46.43 |
| Account No. **xxxx08-53**<br><br>**State Employee Credit Union**<br>**Lori Barnes/Loss Mitigation Dept.**<br>**PO Box 25279**<br>**Raleigh, NC 27611** | | H | **6/2008**<br>**Lien on Property**<br>**2004 Toyota Camry**<br>**Mileage: 109,695**<br>**Value: $6,500**<br>**SC: State Employees Credit Union**<br>**Amount: $3,065.68** | | | | | |
| | | | Value $       **6,500.00** | | | | 3,065.68 | 0.00 |

Sheet  **9**  of  **11**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 60,302.28 | 228.80 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **Gene Mitchell Myrick,**
　　　**Lucinda Abbott Myrick**

Case No. ___**09-08901-8**___

　　　　　　　　　　　　　　　　　　　　　　　Debtors　　　,

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Auto Loan | | | | | |
| State Employee Credit Union Lori Barnes/Loss Mitigation Dept. PO Box 25279 Raleigh, NC 27611 | | W | 2000 BMW 528iT Wagon Mileage - 160,00 Value -- 7,610 Property Not Claimed On Sch B because vehicle titled to Son. | | | | | |
| | | | Value $ 7,610.00 | | | | 2,012.00 | 0.00 |
| Account No. xxxxx9923 | | | Mortgage Residence | | | | | |
| Wachovia Mortgage Corp. Attn: Charles Childress 1100 Corporate Center Drive Raleigh, NC 27606-5066 | | J | 5404 Robbins Drive Raleigh, NC 27610 Purchase Date: 6/4/1990 Purchase Price: $85,000 Tax Value: $214,777 SC: Wachovia Mortgage | | | | | |
| | | | Value $ 175,000.00 | | | | 179,484.46 | 4,484.46 |
| Account No. xxxxxx3366 | | | Mortgage Rental Property | | | | | |
| Well Fargo Bank 2701 Wells Fargo Bank Way Minneapolis, MN 55467-8000 | | J | 520 Hammond St. Rocky Mount, NC 27801 Purchase Date: 6/2006 Purchase Price: $43,850 Tax Value: $45,940 SC(1): City and County Taxes | | | | | |
| | | | Value $ 50,000.00 | | | | 44,111.81 | 0.00 |
| Account No. xxxx-xxxx-xxxx-1233 | | | Purchase Money Security Interest | | | | | |
| Wells Fargo 800 Walnut Street Des Moines, IA 50309 | | H | Living room furniture and bedroom furniture | | | | | |
| | | | Value $ 900.00 | | | | 3,714.95 | 2,814.95 |
| Account No. xxxxxx6773 | | | Mortgage Rental Property | | | | | |
| Wells Fargo Bank, N.A. BDD-Bankruptcy PO Box 53476 Phoenix, AZ 85072 | | J | 823 Sunset Ave. Rocky Mount, NC 27804 Purchase Date: 11/2005 Purchase Price: $15,000 Tax Value: $34,713 SC(1): City and County Taxes | | | | | |
| | | | Value $ 40,000.00 | | | | 100,020.11 | 60,020.11 |

Sheet __10__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)　　329,343.33　　67,319.52

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Gene Mitchell Myrick,**
     **Lucinda Abbott Myrick**

Case No. ___**09-08901-8**___

Debtors ,

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6559**<br><br>**Wells Fargo Bank, N.A.**<br>**BDD-Bankruptcy**<br>**PO Box 53476**<br>**Phoenix, AZ 85072** | | J | **Mortgage**<br>**Rental Property**<br>**530 Park Place**<br>**Rocky Mount, NC 27803**<br>**Purchase Date: 11/20/2006**<br>**Purchase Price: $43,500**<br>**Tax Value: $71,925**<br>**SC(1): City and County Taxes** | | | | | |
| | | | Value $        **35,000.00** | | | | **68,308.93** | **33,308.93** |
| Account No. **xxxxxx1706**<br><br>**Wells Fargo Bank, N.A.**<br>**3480 State View Boulevard**<br>**Fort Mill, SC 29715** | | H | **Mortgage**<br>**Rental Property**<br>**730 Long Avenue**<br>**Rocky Mount, NC 27804**<br>**Purchase Date: 6/16/2006**<br>**Purchase Price: $14,250**<br>**Tax Value: $30,558**<br>**SC(1) City and County Taxes** | | | | | |
| | | | Value $        **25,000.00** | | | | **33,400.64** | **8,400.64** |
| Account No. **xxxxxx2186**<br><br>**Wells Fargo Bank, N.A.**<br>**2701 Wells Fargo Way**<br>**Minneapolis, MN 55467-8000** | | H | **Mortgage**<br>**Rental Property**<br>**606 Atlantic Ave.**<br>**Rocky Mount, NC 27804**<br>**Purchase Date: 7/28/2006**<br>**Purchase Price: $27,900**<br>**Tax Value: $57,094**<br>**SC(1): City and County Taxes** | | | | | |
| | | | Value $        **35,000.00** | | | | **48,837.66** | **13,837.66** |
| Account No. **xxxxxx5783**<br><br>**Wells Fargo Bank, N.A.**<br>**34 80 Stateview Boulevard**<br>**Fort Mill, SC 29715** | | H | **Mortgage**<br>**Rental Property**<br>**1105 Branch St.**<br>**Rocky Mount, NC**<br>**Purchase Date: 6/15/2006**<br>**Purchase Price: $14,250**<br>**Tax Value: $30,070**<br>**SC(1): City and County Taxes** | | | | | |
| | | | Value $        **20,000.00** | | | | **35,133.12** | **15,133.12** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __11__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **185,680.35** | **70,680.35** |
| Total<br>(Report on Summary of Schedules) | **774,694.42** | **187,194.81** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Gene Mitchell Myrick,**                                    Case No.    **09-08901-8**
        **Lucinda Abbott Myrick**

                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                **1**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Gene Mitchell Myrick,**
    **Lucinda Abbott Myrick**

Case No.   **09-08901-8**

                  Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Notice Purposes Only | | | | | | |
| **Internal Revenue Service Insolvency Support Services 320 Federal Place Rm. 335 Greensboro, NC 27401** | | J | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | Notice Purposes Only | | | | | | |
| **NC Dept. of Revenue Attn: Bankruptcy Unit PO Box 1168 Raleigh, NC 27602-1168** | | J | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re  **Gene Mitchell Myrick,**
**Lucinda Abbott Myrick**

Case No. ___**09-08901-8**_____

_____ Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-2348** **Capital One Attn: Managing Agent PO Box 85015 Richmond, VA 23285-5015** | | | W | | Credit Card | | | | 438.69 |
| Account No. **xxxx-xxxx-xxxx-0158** **Chase Card Services PO BOX 15296 Wilmington, DE 19850-5298** | | | W | | Credit Card | | | | 734.48 |
| Account No. **xxxx-xxxx-xxxx-0274** **Chase VISA PO BOX 15298 Wilmington, DE 19850-5298** | | | W | | Credit Card | | | | 8,643.30 |
| Account No. **De Anne Dotson, Den of Equity, LLC 216 Lane of Sir kay Garner, NC 27529** | | H | | | Personal loan | | | | 11,000.00 |

___4___ continuation sheets attached

Subtotal
(Total of this page)

20,816.47

B6F (Official Form 6F) (12/07) - Cont.

In re **Gene Mitchell Myrick,**
  **Lucinda Abbott Myrick**
  _____ ,
                          Debtors

Case No. ___09-08901-8___

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-6197**<br><br>**First Citizens Bank & Trust Co.**<br>**Attn: Mr. J. Barry Dumser**<br>**PO Box 25187**<br>**Raleigh, NC 27611** | **X** | **H** | | | **Credit Card**<br>**(Joint Card with Myrick Properties)** | | | | **4,995.10** |
| Account No.<br><br>**Harold Coldston**<br>**880 Country Club Drive**<br>**Rocky Mount, NC 27804** | | **H** | | | **Personal loan** | | | | **37,000.00** |
| Account No. **xxxxxx-xx-xxx113-7**<br><br>**Household Finance Corp.**<br>**PO BOX 3425**<br>**Buffalo, NY 14240-9733** | | **W** | | | **Personal loan** | | | | **14,699.63** |
| Account No. **xxxx-xxxx-xxxx-8218**<br><br>**Juniper Master Card**<br>**PO BOX 8801**<br>**Wilmington, DE 19899-8801** | | **W** | | | **Credit Card** | | | | **3,778.09** |
| Account No. **xxxxxx5792**<br><br>**Lowes Home Improvement**<br>**Attn: Managing Agent**<br>**PO Box 105980; Dept. 79**<br>**Atlanta, GA 30353-5980** | **X** | **H** | | | **Credit Card**<br>**(Joint Card with Myrick Properties)** | | | | **1,677.24** |

Sheet no. _1_ of _4_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| **62,150.06** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene Mitchell Myrick,**  Case No. ___**09-08901-8**___
    **Lucinda Abbott Myrick**
                                               ,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx9384** <br><br> **Lowes Home Improvement** <br> **Attn: Managing Agent** <br> **PO Box 981064** <br> **El Paso, TX 79998-1064** | | W | Merchant Account | | | | 1,376.42 |
| Account No. **POx0077** <br><br> **Mack Gay Associates, P.A.** <br> **1667 WoodRuff Road** <br> **Rocky Mount, NC 27804** | X | H | Business Loan <br> (Joint with Myrick Properties) | | | | 1,559.21 |
| Account No. **xxxxxxx2830** <br><br> **Macy's** <br> **Attn: Managing Agent** <br> **P.O. Box 689195** <br> **Des Moines, IA 50368-9195** | | H | Credit Card | | | | 137.47 |
| Account No. <br><br> **Myrick Properties** <br> **5404 Robbins Drive** <br> **Raleigh, NC 27610** | | H | Potential Personal Liability For debts of Myrick Properties, LLC guaranteed by the debtor. | X | X | | Unknown |
| Account No. <br><br> **New Republic Savings Bank** <br> **420 Becker Drive** <br> **PO Drawer 700** <br> **Roanoke Rapids, NC 27870** | X | H | Credit Line <br> (Joint Account with Myrick Properties) | | | | 944.00 |

Sheet no. __**2**__ of __**4**__ sheets attached to Schedule of          Subtotal | 4,017.10
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Gene Mitchell Myrick,**
    **Lucinda Abbott Myrick**

Case No.    **09-08901-8**

                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Z8331**<br><br>**Saleeby Chiropractic CTR, PA**<br>**3814 Browning Place STE 102**<br>**Raleigh, NC 27609** | | H | | **9/1/2009**<br>**Medical Bill** | | | | **1,068.00** |
| Account No. **xxxxxx7191**<br><br>**Southern Bank**<br>**PO BOX 729**<br>**Mount Olive, NC 28365** | X | H | | **Credit Line**<br>**(Joint Account with Myrick Properties)** | | | | **508.66** |
| Account No. **xxxxxx7183**<br><br>**Southern Bank**<br>**PO BOX 729**<br>**Mount Olive, NC 28365** | X | H | | **Credit Line**<br>**(Joint Account with Myrick Properties)** | | | | **1,795.15** |
| Account No. **xxxx-xxxx-xxxx-6197**<br><br>**Southern Bank**<br>**PO BOX 1580**<br>**Roanoke, VA 24007** | | H | | **Visa Credit Card** | | | | **5,077.76** |
| Account No. **xxxx-xxxx-xxxx-0398**<br><br>**State Employee Credit Union**<br>**Lori Barnes/Loss Mitigation Dept.**<br>**PO Box 25279**<br>**Raleigh, NC 27611** | | H | | **Credit Card**<br>**(Joint Card with Myrick Properties)** | | | | **2,473.83** |

Sheet no. **3** of **4** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,923.40**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene Mitchell Myrick,**
       **Lucinda Abbott Myrick**

Case No. **09-08901-8**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxx0398** | | | | **Visa Card** | | | | |
| **State Employee Credit Union** **Lori Barnes/Loss Mitigation Dept.** **PO Box 25279** **Raleigh, NC 27611** | | H | | | | | | **149.00** |
| Account No. | | | | **Medical Bill** | | | | |
| **Dr. Ephraim J. Udofia** **PO BOX 98242** **Raleigh, NC 27624** | | H | | | | | | **25,000.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **25,149.00** |
| Total (Report on Summary of Schedules) | **123,056.03** |

B6G (Official Form 6G) (12/07)

In re    **Gene Mitchell Myrick,**                                      Case No.    **09-08901-8**

           **Lucinda Abbott Myrick**

<div align="center">Debtors</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Various Tenants** | **Residental Rental Leases** <br> **Debtor intends to honor all leases without formally assuming them.** |

*0*

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Gene Mitchell Myrick,**                                                Case No.   **09-08901-8**
        **Lucinda Abbott Myrick**
                                                Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Myrick Properties, LLC**<br>**5404 Robbins Drive**<br>**Raleigh, NC 27610** | **First Citizens Bank & Trust Co.**<br>**Attn: Mr. J. Barry Dumser**<br>**PO Box 25187**<br>**Raleigh, NC 27611** |
| **Myrick Properties, LLC**<br>**5404 Robbins Drive**<br>**Raleigh, NC 27610** | **Lowes Home Improvement**<br>**Attn: Managing Agent**<br>**PO Box 105980; Dept. 79**<br>**Atlanta, GA 30353-5980** |
| **Myrick Properties, LLC**<br>**5404 Robbins Drive**<br>**Raleigh, NC 27610** | **New Republic Savings Bank**<br>**420 Becker Drive**<br>**PO Drawer 700**<br>**Roanoke Rapids, NC 27870** |
| **Myrick Properties, LLC**<br>**5404 Robbins Drive**<br>**Raleigh, NC 27610** | **Southern Bank**<br>**PO BOX 729**<br>**Mount Olive, NC 28365** |
| **Myrick Properties, LLC**<br>**5404 Robbins Drive**<br>**Raleigh, NC 27610** | **Southern Bank**<br>**PO BOX 729**<br>**Mount Olive, NC 28365** |
| **Myrick Properties, LLC**<br>**5404 Robbins Drive**<br>**Raleigh, NC 27610** | **Mack Gay Associates, P.A.**<br>**1667 WoodRuff Road**<br>**Rocky Mount, NC 27804** |

*0*
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    *Gene Mitchell Myrick*            Case No.    *09-08901-8*
      *Lucinda Abbott Myrick*
                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| *Married* | RELATIONSHIP(S): *None.* | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Owner* | |
| Name of Employer | *Myrick Properties, LLC* | *Retired* |
| How long employed | *Since January 1, 1978* | |
| Address of Employer | *5404 Robbins Drive* *Raleigh, NC 27610* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 1,000.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): *Social Security Retirement* | $ 979.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 2,046.90 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,979.00 | $ 2,046.90 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,979.00 | $ 2,046.90 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,025.90 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
     *The Debtors do not expect an increase or decrease in income during the 12 months after the date of the filing.*

B6J (Official Form 6J) (12/07)

In re   **Gene Mitchell Myrick**
      **Lucinda Abbott Myrick**                   Case No.   **09-08901-8**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 780.35 |
| a. Are real estate taxes included?     Yes ___     No _X_ | | |
| b. Is property insurance included?     Yes ___     No _X_ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 200.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 40.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 90.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 25.00 |
| 6. Laundry and dry cleaning | $ | 15.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 25.00 |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 21.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 200.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Personal Property Taxes** | $ | 150.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 164.00 |
| b. Other   **2008 Ford F-150** | $ | 432.03 |
| c. Other   **2004 Toyota Camry** | $ | 289.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Personal grooming** | $ | 25.00 |
| Other   **Pet expenses** | $ | 15.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,221.38 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    **The Debtors do not expect and increase and decrease in expenses during the 12 months after the date of the filing.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 4,025.90 |
| b.   Average monthly expenses from Line 18 above | $ | 3,221.38 |
| c.   Monthly net income (a. minus b.) | $ | 804.52 |

**B6J (Official Form 6J) (12/07)**

In re  *Gene Mitchell Myrick*
       *Lucinda Abbott Myrick*                                    Case No.   *09-08901-8*
_____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| *Cell phone* | $ | *75.00* |
| *Trash Removal* | $ | *15.00* |
| **Total Other Utility Expenditures** | $ | *90.00* |

I n re  **Gene Mitchell Myrick**
**Lucinda Abbott Myrick**                                      Case No. _____
                              Debtor(s)

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Attachment A**

 **Name of Business: Myrick Properties LLC**
**Type of Business: Rental Properties**
**CURRENT MONTHLY BUSINESS INCOME**

| | |
|---|---|
| Total | $7,600.00 |

**CURRENT MONTHLY BUSINESS EXPENSES**

| | | |
|---|---|---|
| 1. | Rent/Mortgage payment on properties | $5,400.00 |
| 2. | Repair/Upkeep | $300.00 |
| 3. | Electricity and heating fuel | $0.00 |
| 4. | Water and sewer | $250.00 |
| 5. | Telephone | $0.00 |
| 6. | Garbage | $30.00 |
| 7. | Security | $0.00 |
| 8. | Other utilities (Internet) | $0.00 |
| 9. | Insurance | $110.00 |
| 10. | Taxes ( Property) | $330.00 |
| 11. | Installment payments on equipment | $  0.00 |
| 12. | Rental/lease payments | $  0.00 |
| 13. | Maintenance of equipment | $0.00 |
| 14. | Advertising | $25.00 |
| 15. | Bank service charges | $0.00 |
| 16. | Interest | $  0.00 |
| 17. | Depreciation | $  0.00 |
| 18. | Office expenses | $40.00 |
| 19. | Dues and publications (Memberships) | $0.00 |
| 20. | Laundry or cleaning | $0.00 |
| 21. | Supplies | $0.00 |
| 22. | Freight | $0.00 |
| 23. | Transportation | $115.00 |
| 24. | Travel and entertainment | $0.00 |
| 25. | Wages and salaries | $0.00 |
| 26. | Commissions | $0.00 |
| 27. | Employee benefit programs | $0.00 |
| 28. | Pensions/profit sharing plans | $0.00 |
| 29. | Production costs: | $0.00 |
| 30. | Other expenses:  Cell Phones | $0.00 |
| | Miscellaneous | $0.00 |
| | Postage / Printing | $0.00 |
| | Donation | $0.00 |
| **Total Current Monthly Expenses** | | **$6,400.00** |
| **Excess of Income over Expenses** | | **$1,000.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Gene Mitchell Myrick**
**Lucinda Abbott Myrick**
_____

Debtor(s)

Case No.    **09-08901-8**

Chapter    **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **44** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 19, 2009**       Signature    **/s/ Gene Mitchell Myrick**

                                                        **Gene Mitchell Myrick**
                                                        Debtor

Date   **November 19, 2009**       Signature    **/s/ Lucinda Abbott Myrick**

                                                         **Lucinda Abbott Myrick**
                                                        Joint Debtor

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

In re    *Gene Mitchell Myrick*  
       *Lucinda Abbott Myrick*                    Case No. _____

<div align="center">Debtor(s)</div>

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500 |
| Prior to the filing of this statement I have received | $ | 2,200.00 |
| Balance Due | $ | 5,300.00 |

2.   $ **342.00** of the filing fee and credit counseling fee has been paid.

3.   The source of the compensation paid to me was:

    ☒ Debtor    ☐ Other (specify):

    **The debtor shall pay $5,300.00 through the plan.**

4.   The source of compensation to be paid to me is:

    ☒ Debtor    ☐ Other (specify):

5.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Fees as pursuant to Local Rule 2016-1, a copy of which has been provided to the debtor.**

---

<div align="center">

**CERTIFICATION**

</div>

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Dated:    11/07/09                   S/: William E. Brewer, Jr.
                                       **WILLIAM E. BREWER, JR.**
                                       **The Brewer Law Firm**
                                       **619 N. Person Street**
                                       **Raleigh, NC  27604**
                                       **919-832-2288**

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re    *Gene Mitchell Myrick*
*Lucinda Abbott Myrick*                                    Case No.    *09-08901-8*
_____    Chapter    *13*
                              Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    *November 19, 2009*            */s/ Gene Mitchell Myrick*
_____            _____
                              *Gene Mitchell Myrick*
                              Signature of Debtor

Date:    *November 19, 2009*            */s/ Lucinda Abbott Myrick*
_____            _____
                              *Lucinda Abbott Myrick*
                              Signature of Debtor

**B22C (Official Form 22C) (Chapter 13) (01/08)**

In re Gene Mitchell Myrick
Lucinda Abbott Myrick
Debtor(s)

Case Number: 09-08901-8
(If known)

According to the calculations required by this statement:
- ■ **The applicable commitment period is 3 years.**
- ☐ **The applicable commitment period is 5 years.**
- ☐ **Disposable income is determined under § 1325(b)(3).**
- ■ **Disposable income is not determined under § 1325(b)(3).**

(Check the boxes as directed in Lines 17 and 23 of this statement.)

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

## Part I. REPORT OF INCOME

| | | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ■ Married. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>**Debtor's Income** | **Column B**<br>**Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 0.00 | $ 0.00 |
| 3 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.**<br>a. Gross receipts — Debtor $ 6,540.00 — Spouse $ 0.00<br>b. Ordinary and necessary business expenses — Debtor $ 6,744.50 — Spouse $ 0.00<br>c. Business income — Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 4 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.**<br>a. Gross receipts — Debtor $ 0.00 — Spouse $ 0.00<br>b. Ordinary and necessary operating expenses — Debtor $ 0.00 — Spouse $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 5 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
| 6 | **Pension and retirement income.** | $ 979.00 | $ 2,046.90 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. | $ 0.00 | $ 0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ 0.00 — Spouse $ 0.00 | $ 0.00 | $ 0.00 |

B22C (Official Form 22C) (Chapter 13) (01/08)                                                                            2

| 9 | Income from all other sources. Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | | |
|---|---|---|---|---|---|---|
| | | | Debtor | Spouse | | |
| | a. | | $ | $ | | |
| | b. | | $ | $ | $ | 0.00 | $ | 0.00 |

| 10 | Subtotal. Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $ | 979.00 | $ | 2,046.90 |
|---|---|---|---|---|---|
| 11 | Total. If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | $ | | 3,025.90 |

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12 | Enter the amount from Line 11 | $ | 3,025.90 |
|---|---|---|---|
| 13 | Marital Adjustment. If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 13 | $ | 0.00 |

| 14 | Subtract Line 13 from Line 12 and enter the result. | $ | 3,025.90 |
|---|---|---|---|
| 15 | Annualized current monthly income for § 1325(b)(4). Multiply the amount from Line 14 by the number 12 and enter the result. | $ | 36,310.80 |
| 16 | Applicable median family income. Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | |
| | a. Enter debtor's state of residence: **NC**  b. Enter debtor's household size: **2** | $ | 52,355.00 |

| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed. ■ **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement. ☐ **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. |
|---|---|

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| 18 | Enter the amount from Line 11. | $ | 3,025.90 |
|---|---|---|---|
| 19 | Marital Adjustment. If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income(such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 19. | $ | 0.00 |

| 20 | Current monthly income for § 1325(b)(3). Subtract Line 19 from Line 18 and enter the result. | $ | 3,025.90 |
|---|---|---|---|

B22C (Official Form 22C) (Chapter 13) (01/08)                                                                                   3

| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $ **36,310.80** |
|----|------|------|
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $ **52,355.00** |
| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>■ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts IV, V, or VI.** | |

## Part IV. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|-----|------|------|

| 24B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 16b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|------|------|------|------|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

(Line 24B total) $

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|-----|------|------|

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. **Do not enter an amount less than zero.** | |
|-----|------|------|

| a. | IRS Housing and Utilities Standards; mortgage/rent Expense | $ |
|----|------|------|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|----|------|------|

**B22C (Official Form 22C) (Chapter 13) (01/08)** 4

| | | |
|---|---|---|
| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7. ☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 27B | **Local Standards: transportation; additional public transportation expense.**  If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from the IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**  Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28.  **Do not enter an amount less than zero.**<table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a.</td></tr></table> | $ |
| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29.  **Do not enter an amount less than zero.**<table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a.</td></tr></table> | $ |
| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 31 | **Other Necessary Expenses: mandatory deductions for employment.**  Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs.  **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 32 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 33 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in line 49.** | $ |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 35 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool.  **Do not include other educational payments.** | $ |

| 36 | **Other Necessary Expenses: health care.** Enter the average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. **Do not include payments for health insurance or health savings accounts listed in Line 39.** | $ |
| 37 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service-to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | $ |

<table>
<tr><td colspan="3" align="center"><b>Subpart B: Additional Living Expense Deductions</b><br><b>Note: Do not include any expenses that you have listed in Lines 24-37</b></td></tr>
</table>

| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.. <br><br> a. Health Insurance $ <br> b. Disability Insurance $ <br> c. Health Savings Account $ <br><br> Total and enter on Line 39 <br><br> **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: <br> $_____ | $ |
| 40 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. **Do not include payments listed in Line 34.** | $ |
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 42 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 43 | **Education expenses for dependent children under 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). **Do not include any amount in excess of 15% of your gross monthly income.** | $ |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | $ |

**B22C (Official Form 22C) (Chapter 13) (01/08)** 6

| | Subpart C: Deductions for Debt Payment |
|---|---|

| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance | |
|---|---|---|---|---|---|
| a. | | | $ | ☐yes ☐no | |
| | | | Total: Add Lines | | $ |

| 48 | **Other payments on secured claims.** If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. | | | $ | |
| | | | Total: Add Lines | $ |

| 49 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.** | $ |
|---|---|---|

| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | |
|---|---|---|

| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $ |
|---|---|---|

| | Subpart D: Total Deductions from Income |
|---|---|

| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | $ |
|---|---|---|

| | Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2) |
|---|---|

| 53 | **Total current monthly income.** Enter the amount from Line 20. | $ |
|---|---|---|
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $ |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $ |

| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. **You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expense necessary and reasonable.** | |
|----|---|---|

|    | Nature of special circumstances | Amount of Expense |
|----|---|---|
| a. |  | $ |
| b. |  | $ |
| c. |  | $ |
|    | Total: Add Lines | $ |

| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $ |
|----|---|---|
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | $ |

## Part VI. ADDITIONAL EXPENSE CLAIMS

| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |
|----|---|---|

|    | Expense Description | Monthly Amount |
|----|---|---|
| a. |  | $ |
| b. |  | $ |
| c. |  | $ |
| d. |  | $ |
|    | Total: Add Lines a, b, c and d | $ |

## Part VII. VERIFICATION

| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|----|---|

Date: __November 19, 2009__                Signature: __/s/ Gene Mitchell Myrick__
                                                        **Gene Mitchell Myrick**
                                                             (Debtor)

Date: __November 19, 2009__                Signature __/s/ Lucinda Abbott Myrick__
                                                        **Lucinda Abbott Myrick**
                                                        (Joint Debtor, if any)